United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 20-10399-pmm
Atwood M. Lewis | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Jan 23, 2025      Form ID: pdf900      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Atwood M. Lewis, 1106 W. Duncannon Avenue, Philadelphia, PA 19141-2813 |
| 14459319 | + | Cardworks/spruce/viewt, 2900 North Loop West, Houston, TX 77092-8841 |
| 14459328 | + | Diversified Consultants, Inc., Attn: Bankruptcy, PO Box 679543, Dallas, TX 75267-9543 |
| 14459337 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14459339 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2025 00:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2025 00:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/Text: megan.harper@phila.gov | Jan 24 2025 00:43:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 00:48:23 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14482165 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2025 00:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14459316 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2025 00:42:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 14459317 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2025 00:41:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14467532 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 24 2025 00:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14459322 | | Email/Text: megan.harper@phila.gov | Jan 24 2025 00:43:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14459323 | | Email/Text: megan.harper@phila.gov | Jan 24 2025 00:43:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14519910 | | Email/Text: megan.harper@phila.gov | Jan 24 2025 00:43:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, |

Case 20-10399-pmm    Doc 57    Filed 01/25/25    Entered 01/26/25 00:40:19    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | PA 19102-1595 |
| 14464523 | | Email/Text: megan.harper@phila.gov | Jan 24 2025 00:43:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14459318 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 00:48:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14462911 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 01:00:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14459320 | + | Email/Text: ecf@ccpclaw.com | Jan 24 2025 00:41:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14459324 | + | Email/Text: bankruptcy@philapark.org | Jan 24 2025 00:43:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14459325 | + | Email/Text: bankruptcy@connexuscu.org | Jan 24 2025 00:43:00 | Connexus CU, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 14459327 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14459326 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 00:43:00 | Daniel Santucci, Esquire, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14477281 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 00:47:42 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14459728 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14459329 | | Email/Text: bankruptcycourts@equifax.com | Jan 24 2025 00:42:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14459330 | ^ | MEBN | Jan 24 2025 00:34:02 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14459332 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 24 2025 00:42:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14475282 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 24 2025 00:43:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 14459334 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2025 00:42:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14459331 | | Email/Text: bnc-bluestem@quantum3group.com | Jan 24 2025 00:43:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395 |
| 14459335 | + | Email/Text: EBNBKNOT@ford.com | Jan 24 2025 00:43:00 | Kia Motors Finance Co, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14459336 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 00:43:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14483704 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2025 00:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14619853 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 01:01:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14459338 | + | Email/Text: bankruptcy@philapark.org | Jan 24 2025 00:43:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14466647 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 00:42:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14459340 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 24 2025 00:43:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7 601 Penn St, Reading, PA 19601-3544 |

Case 20-10399-pmm   Doc 57   Filed 01/25/25   Entered 01/26/25 00:40:19   Desc Imaged
Certificate of Notice   Page 3 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14466028 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 24 2025 00:43:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 14467783 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2025 00:47:41 | Spruce Finance Inc, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14620067 | ^ | MEBN | Jan 24 2025 00:34:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14459341 | + | Email/Text: synovusbankruptcy@synovus.com | Jan 24 2025 00:43:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, PO Box 120, Columbus, GA 31902-0120 |
| 14459940 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 00:48:07 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14459342 | | Email/Text: DASPUBREC@transunion.com | Jan 24 2025 00:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14482361 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 24 2025 00:42:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14459343 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 24 2025 00:41:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 14459333 | | Email/Text: bankruptcynotices@vivecard.com | Jan 24 2025 00:42:00 | HC Processing Center, Attention Bankruptcy, PO Box 708970, Sandy, UT 84070 |
| 14479719 | | Email/Text: bankruptcynotices@vivecard.com | Jan 24 2025 00:42:00 | Vive Financial, PO Box 708670, Sandy UT 84070 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14459321 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 50 |

MICHAEL A. CIBIK
    on behalf of Debtor Atwood M. Lewis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    ATWOOD M. LEWIS

Debtor

Chapter 13

Bankruptcy No. 20-10399-PMM

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: January 23, 2025**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge